OFFICE OF DISCIPLINARY COUNSEL v. ROTHERMEL.

[Cite as *Disciplinary Counsel v. Rothermel* (1999), 86 Ohio St.3d 1215.]

(No. DD 84–20—Submitted and decided September 9, 1999.)

For earlier case, see *Disciplinary Counsel v. Rothermel* (1984), 15 Ohio St.3d 121, 15 OBR 272, 472 N.E.2d 1072.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.